USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v.- | S5 15-cr-00171 (ALC) |
| SHEIK F. KHAN, a/k/a "Abida Khan," | **ORDER** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Khan's letter motion dated July 3, 2018. (ECF No. 405.) The government shall respond stating its position by July 12, 2018.

**SO ORDERED.**

Dated: July 6, 2018
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**