USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-25-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SHEIK F. KHAN, a/k/a "Abida Khan,"<br><br>Defendant. | S5 15-cr-00171 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant Khan's letter motion dated July 3, 2018 (ECF No. 405) and the Government's response dated July 10, 2018 (ECF No. 407).

First, Khan's request that I request that the Probation Office make proposed edits to the PSR is DENIED because the Court "has no jurisdiction to hear *postsentence* challenges to the PSI report." *United States v. Reyes*, No. 90-cr-584, 2005 WL 1926509, at *1 (S.D.N.Y. Aug. 10, 2005) (collecting cases). Second, Khan's request to alter Khan's name in the judgment in this case is GRANTED IN PART. Khan's name may be altered to reflect the name in the charging instrument, that is, "Sheik F. Khan a/k/a Abida Khan." Finally, Khan's request to unseal portions of her bond paperwork in order to permit the release of Ms. DiSimone's property is GRANTED.

**SO ORDERED.**

Dated: July 24, 2018
  New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**